TA/2023R00366



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Robert Kirsch |
| v. | Crim. No. 26-16 |
| ANDREW DATRE, JR. | 18 U.S.C. § 371 |

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States charges:

1.  At all times relevant to this Information:

    a.  Defendant Andrew Datre, Jr. ("DATRE") was a resident of Oceanport, New Jersey. DATRE owned and operated several New Jersey-based restaurants, including, among others, Datre Restaurant-1 and Datre Restaurant-2 (collectively "Datre's restaurants").

    b.  The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury, responsible for administering and enforcing the tax laws of the United States and collecting the taxes that were due and owing to the Treasury of the United States by its citizens, residents, and businesses.

    c.  Pursuant to the tax laws of the United States, employers had a duty to collect, truthfully account for, and pay over to the IRS Federal Insurance Contribution Act ("FICA") and income taxes (collectively, "payroll taxes"). FICA required the payment of taxes by employees and employers to fund various federal benefit programs, including Social Security and Medicare. Employers were required

1

to withhold payroll taxes from their employees' wages; file an Employer's Quarterly Federal Tax Return, IRS Form 941 disclosing all wages paid, taxes withheld, and payroll taxes due and owing; and pay over to the IRS the payroll taxes withheld from the employees' wages by the due date indicated on the IRS Form 941.

    d.  C Corporations, like Datre's restaurants, were required to file annual U.S. Corporation Income Tax Returns, Form 1120 ("IRS Form 1120"), to report the income, deductions, gains, and losses from its operations. C Corporations were taxed separately from their owners.

### The Conspiracy

2.  Between on or about January 1, 2016 through on or about April 18, 2023, in Monmouth County, in the District of New Jersey and elsewhere, the defendant,

### ANDREW DATRE, JR.,

did knowingly and intentionally conspire and agree with Individual-1 to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful Government functions of the Internal Revenue Service of the Department of the Treasury in the ascertainment, computation, assessment, and collection of the revenue, namely, payroll taxes due and owing from the employees of Datre's restaurants.

## Object of the Conspiracy

3. It was the object of the conspiracy for DATRE and others to enrich themselves and others by fraudulently concealing cash wages paid to employees of Datre's restaurants, omitting cash receipts, and preventing the Internal Revenue Service from properly assessing and collecting payroll taxes due and owing from Datre's restaurants' employees.

## Manner and Means of the Conspiracy

4. It was a part of the conspiracy that DATRE intentionally operated Datre's restaurants with a cash payroll for certain employees, where DATRE would take cash directly from the cash register to pay those employees rather than issuing payroll checks.

5. It was further part of the conspiracy that from in or around January 1, 2016 through in or around April 18, 2023, DATRE, with Individual-1's assistance, prepared and filed and caused to be filed false IRS Forms 1120 for tax years 2016 through 2022, which contained materially false statements by omitting cash receipts earned by and cash payroll expenses incurred by Datre's restaurants.

6. It was a further part of the conspiracy that from in or around January 1, 2016 through in or around April 18, 2023, DATRE, with Individual-1's assistance, failed to pay over to the IRS a total of more than $1,500,000 in payroll taxes which were due and owing during tax years 2016 through 2022.

Overt Acts

7. In furtherance of this conspiracy and to effect its object, DATRE and others committed the following overt acts, among others, in the District of New Jersey and elsewhere:

a. On or about February 11, 2023, defendant DATRE and Individual-1 caused the preparation of and presentation to the IRS a false Form 1120 for Datre Restaurant-1 that falsely underreported the restaurant's gross receipts by approximately $334,901.48 and further failed to report cash wages; and

b. On or about February 11, 2023, defendant DATRE and Individual-1 caused the preparation of and presentation to the IRS a false Form 1120 for Datre Restaurant-2 that falsely underreported the restaurant's gross receipts by approximately $298,809.55 and further failed to report cash wages.

In violation of Title 18, United States Code, Section 371.

TODD BLANCHE
U.S. Deputy Attorney General

PHILIP LAMPARELLO
Senior Counsel

/s/ Tracey Agnew
TRACEY AGNEW
Assistant United States Attorney

Approved:

/s/ R. David Walk, Jr.
R. DAVID WALK, JR.
Deputy U.S. Attorney

| |
|---|
| CASE NUMBER:  **26-CR-16-RK** |

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

ANDREW DATRE, JR.

---

# INFORMATION FOR

18 U.S.C. § 371

---

TODD BLANCHE
UNITED STATES DEPUTY ATTORNEY GENERAL

PHILIP W. LAMPARELLO
SENIOR COUNSEL

---

TRACEY AGNEW
ASSISTANT U.S. ATTORNEY
TRENTON, NEW JERSEY
609-656-2504